# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERREL and LAURIE TUCKER, individuals,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:20-cv-00832-AWI-BAM<br><br>**ORDER ADVANCING THE MAY 25, 2021 STATUS CONFERENCE TO MAY 17, 2021** |

Upon request of counsel for Defendant Nationwide Insurance Company of America, and good cause appearing therefore,

**IT IS ORDERED** that the status conference set for May 25, 2021 (*See* Doc. No. 10) shall be and hereby is advanced to **May 17, 2021 at 9:00 A.M.** The parties shall appear remotely either via Zoom video conference or Zoom telephone number. The Zoom ID and password will be provided by the Courtroom Deputy prior to the conference. The parties should be prepared to discuss the dates proposed in the stipulation for amendment to the scheduling order. (Doc. No. 9.)

IT IS SO ORDERED.

Dated: __May 12, 2021__   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE