James H. Wilkins #116364
**WILKINS DROLSHAGEN & CZESHINSKI LLP**
6785 North Willow Avenue
Fresno, California 93710
Tel: (559) 438-2390
Fax: (559) 438-2393
j.wilkins@wdcllp.com

Attorneys for Plaintiffs
JERREL and LAURIE TUCKER

MARC S. HINES (SBN 140065)
mhines@lawhhp.com
NICOLE M. HAMPTON (SBN 189024)
nhampton@lawhhp.com
BRIAN PELANDA (SBN 278453)
bpelanda@lawhhp.com
**HINES HAMPTON PELANDA LLP**
30 Executive Park, Suite 210
Irvine, California 92614
Tel.: (714) 513-1122
Fax: (714) 242-9529

Attorneys for Defendant
NATIONWIDE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERREL and LAURIE TUCKER, individuals,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:20-cv-00832-AWI-BAM<br><br>**ORDER RE STIPULATION AMENDING THE SCHEDULING ORDER**<br><br><u>Current Dates:</u><br><br>**Non-Expert Discovery Deadline: June 30, 2021**<br><br>**Expert Discovery Deadline: September 20, 2021**<br><br>**Expert Disclosure Deadline: July 23, 2021**<br><br>**Dispositive Motion Filing Deadline: October 11, 2021**<br><br>**Trial Date: April 12, 2022** |

ORDER AMENDING SCHEDULING ORDER

Having reviewed and considered the parties' Stipulation for an Order amending the Scheduling Order issued in this action (Document 8) and having conducted a Status Conference with counsel for the parties to discuss an amended Scheduling Order on today's date,

**GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED** that the Scheduling Order (Document 8) is hereby amended as follows:

- The Non-Expert Discovery Deadline is extended from June 30, 2021 to September 30, 2021;

- The Expert Disclosure Date is extended from July 23, 2021 to October 22, 2021;

- The Expert Discovery Deadline is extended from September 20, 2021 to December 20, 2021;

- The Dispositive Motion Filing Deadline is extended from October 11, 2021 to January 11, 2021;

- The Pre-Trial Conference date is continued from February 11, 2022 to June 16, 2022; and,

- The Trial date is continued from April 12, 2022 to August 23, 2022.

IT IS SO ORDERED.

Dated: **May 17, 2021**         /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE